IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RESHUNN CHAMBERS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:19-CV-1062-K-BH |
| | § | |
| SOCIAL SECURITY, | § | |
| ADMINISTRATION, et al., | § | |
| | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant The Bancorp's Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support*, filed November 18, 2019 (doc. 60), is **GRANTED in part** and **DENIED in part**. Plaintiff's claims against The Bancorp for breach of fiduciary duty, and any breach of contract claim accruing prior to May 2, 2015, are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted. Plaintiff's

remaining breach of contract claims and fraud claim against The Bancorp remain pending for trial.

    **SO ORDERED.**

    **Signed August 29th, 2020.**

                                        *Ed Kinkeade*
                                        **ED KINKEADE**
                                        **UNITED STATES DISTRICT JUDGE**