IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RESHUNN CHAMBERS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-1062-K-BH |
| | § | |
| SOCIAL SECURITY, | § | |
| ADMINISTRATION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Federal Defendants' Motion to Dismiss Plaintiff's Amended Complaint*, filed November 18, 2019 (doc. 61), is **GRANTED in part**. By separate judgment, all claims against the Secretary of the Department of Treasury, the Secretary of the Department of Education, the Commissioner of the Social Security Administration, and the claims representative from the Social Security Administration will be dismissed. *Federal Defendants' Motion for Summary Judgment*, filed June 5, 2020 (doc. 95); *Plaintiff's No-Evidence Motion for Summary Judgment Affidavit in Support Order Page Government Defendant SSA-Commissioner Nancy A. Berryhill and Mr. Leonard Burns, Claim Representative;* and *Plaintiff's No-Evidence Motion for*

*Summary Judgment Affidavit in Support Order Page Government Defendant U.S. Department of Education-Betsy Devos, Secretary*, filed on June 19, 2020 (docs. 104, 106), are **DENIED as moot**.

    SO ORDERED.

    Signed August 29th, 2020.

*Ed Kinkeade*
**ED KINKEADE**
**UITED STATES DISTRICT JUDGE**